UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:
KELVIN DEADWYLER,

      Debtor.

Case Number: 17-00419
Chapter 13

AMENDED
APPLICATION FOR ORDER APPROVING EMPLOYMENT OF ATTORNEY

Kelvin Deadwyler, the Debtor applies to the Court for an order authorizing the employment of Jim Neher, Esq. as attorney for the Debtor in the Chapter 13 case.

In support of this application, the Debtor shows and represents as follows:

1. On July 25, 2017 the Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code. The Debtor's attorney, Michael Murphy, is unable to continue as counsel and has asked the Debtor to retain new counsel.

2. The Debtor has retained James Neher, Esq. to represent him in carrying out his duties under the Bankruptcy Code.

3. The Debtor proposes to employ the attorney for the following purposes:

    a. to represent the Debtor in this Chapter 13;

    b. to represent the Debtor at all hearings, conferences, trials, and other proceedings in this case; and

    c. to perform other legal services as may be necessary in connection with this case and see it through to discharge.

4. The Debtor has made careful and diligent inquiry and is satisfied that the attorney is qualified and competent to represent the Debtor in this case for the following reasons:

    a. the attorney was referred to the Debtor by friends who are familiar with the Debtor's financial affairs; and

    b. the attorney is admitted to practice before this court, and is experienced in bankruptcy practice and Chapter 13 proceedings.

5. The Debtor has entered into a written employment agreement with the attorney dated February 1, 2021 with respect to the services to be performed by the attorney and the compensation to be paid to the attorney. A copy of the agreement is attached to this application and the Debtor proposes to

    compensate the attorney as provided in the agreement, subject to the approval of the court after the rendering of such services.

6. The Debtor is informed and believes that the attorney has no connection with the Debtor, directors, or any other party in interest, or their respective attorneys or accountants. The Debtor is informed and believes that the attorney does not hold or represent an interest adverse to the estate with respect to the matters on which they are employed, and that the employment of the attorney is in the best interest of the estate.

WHEREFORE, the Debtor respectfully requests this honorable court enter an order approving the employment of James Neher, Esq. as able attorney for the Debtor in this case.

Date: February 9, 2021

/s/   Jim Neher
Jim Neher, DC Bar # 478655
Attorney for Debtor
2227 Bel Pre Road, #465
Silver Spring, MD 20906
jimneher@hotmail.com
202-547-8865

CERTIFICATE OF SERVICE

I, Jim Neher, hereby certify that, a true and correct copy of the foregoing Application for Order Approving Employment of Attorney and proposed order has been served electronically by the court's ECF system to the following:

Rebecca Herr, Chapter 13 Trustee

U.S Trustee for Region Four

and by First Class US Mail, prepaid, upon the following creditors and parties in interest:

Kelvin Deadwyler
4307 F Street, SE
Washington, DC 2019

Date: February 9, 2021

/s/   Jim Neher
Jim Neher, DC Bar # 478655
Attorney for Debtor
2227 Bel Pre Road, #465
Silver Spring, MD 20906
jimneher@hotmail.com
202-547-8865