# JIM NEHER
ATTORNEY AT LAW
2227 BEL PRE ROAD, #465
SILVER SPRING, MD 20906

JIM NEHER, DC & MD                             TELEPHONE 202-547-8865
                                               FACSIMILE 866-388-3471

February 1, 2021

Kelvin Deadwyler
4307 F Street, SE
Washington, DC 20019
Bankruptcy Case No. 17-00419

**RE:    Retainer Agreement for Entering Appearance as Counsel, Opposing Claim for Student Loans.**

Dear Mr. Deadwyler:

This letter confirms that you have retained me as your attorney to oppose the Proof of Claim filed by the US Department of Education.

You agree to pay to me a retainer of $1,000 (Received on January 30, 2021). We further agree that I will handle any aspects of your case as needed, and will keep a record of my time in 1/10 of an hour increments, and bill you at the rate of $200/hour. In the event you fail to pay me in full, you agree to allow me to file an application with the court to receive any balance owed through your Plan payments, filing an Application for Compensation.

If you should decide to discontinue my services in this matter at any time, you shall be liable for my time computed at the rate of $200/hour.

These fees do not include any work in appellate courts, any other actions or proceedings, or out-of-pocket disbursements. Out-of-pocket disbursements include, but are not limited to, costs of filing papers, court fees, process servers, witness fees, court reporters, long-distance telephone calls, travel, parking, and photocopies (billed at 10 cents per copy) normally made by me or requested by you, which disbursements shall be paid for or reimbursed to me upon my request after I furnish you with evidence of same.

I promise to keep you informed of all developments as they occur and to send you copies of all incoming and outgoing correspondence immediately after it is generated/received. I will personally handle all negotiations of your matter, preparing all necessary papers and documents and arguing your case in court if necessary.

Mr. Deadwyler
Page 2

I look forward to working with you on this matter. Kindly indicate your understanding and acceptance of the above terms by signing this letter below where indicated.

Very truly yours,

Jim Neher, Esq.

I, Kelvin Deadwyler, have read and understand the above letter, have received a copy, and accept all of its terms.

Dated: 2/6/2021

Kelvin Deadwyler